UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL FISCHER,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>D. ALGERS et al.,<br><br>　　　　Defendant. | No. CV 13-0725-MWF (DFM)<br><br>Order Accepting Final Report and Recommendation of United States Magistrate Judge |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the records on file, and the Final Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS HEREBY ORDERED that:

　　　1.　　The Final Report and Recommendation is approved and accepted.

///

///

///

2. Defendants' motion for summary judgment is granted.

3. Defendants' motion for judgment on the pleadings is denied as moot.

4. Judgment shall be entered dismissing this case without prejudice.

Dated:  October 2, 2015

_____
MICHAEL W. FITZGERALD
United States District Judge