JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL FISCHER,<br><br>    Plaintiff,<br><br>    v.<br><br>D. ALGERS et al.,<br><br>    Defendants. | No. CV 13-0725-MWF (DFM)<br><br>JUDGMENT |

   Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated:  October 2, 2015

_____
MICHAEL W. FITZGERALD
United States District Judge